**Amazentis SA and Timeline Longevity, Inc. v.
The Partnerships and Unincorporated Associations Identified on Schedule A**

**SCHEDULE A: DEFENDANTS' ONLINE MARKETPLACES AND BRANDS**

# FILED UNDER SEAL