# EXHIBIT 1

# EXHIBIT 1-1

# United States of America
## United States Patent and Trademark Office

# MitoPure

**Reg. No. 6,513,775**
**Registered Oct. 12, 2021**
**Int. Cl.: 1, 3, 5, 29, 30, 32**
**Trademark**
**Principal Register**

Amazentis SA  (SWITZERLAND CORPORATION)
Parc Scientifique Epfl, Pse-c
Ecublens, SWITZERLAND 1024

CLASS 1: Chemical additives for use in the manufacture of foods, beverages, food and beverage supplements, and dietary, nutritional, and energy supplements; diagnostic preparations, other than for medical or veterinary purposes; diagnostic kits other than for medical or veterinary purposes comprised of chemically-treated test strips for blood analysis

CLASS 3: Cosmetics; non-medicated skin care preparations

CLASS 5: Dietetic foods, namely, yogurt, pudding, fruit-based food bars, nut-based food bars, soy-based food bars, grain-based food bars, chocolate-based ready-to-eat food bars, cereal-based food bars, edible gels, and chocolate bars, for medical use; dietetic beverages, namely, smoothies, dairy-based beverages, yogurt-based beverages, fruit beverages, fruit juices, water, and nutritionally fortified beverages adapted for medical purposes; dietary, nutritional, and mineral supplements; dietary supplements for pets and livestock; preparations of vitamins; nutritional additives for medical purposes for use in foods for human consumption, namely, enzymes, amino acids, metabolites, proteins, vitamins, and minerals, for use as dietary supplements for humans; nutritional additives for medical purposes for use in foods for veterinary use, namely, enzymes, amino acids, metabolites, proteins, vitamins, and minerals, for use as dietary supplements for animals; liquid dietary and nutritional supplements; chocolate based meal replacement drinks for weight loss purposes; dietary supplement drink mixes; Nutritional supplement meal replacement bars in the form of fruit-based foods bars, nut-based food bars, soy-based food bars, grain-based food bars, chocolate-based ready-to eat food bars, and cereal-based food bars for boosting energy; powdered nutritional, dietary and mineral supplement drink mix; food for babies; chemical additives sold as a featured component ingredient of dietetic foods, namely, yogurt, pudding, fruit-based food bars, nut-based food bars, soy-based food bars, grain-based food bars, chocolate-based ready-to-eat food bars, cereal-based food bars, and sweetened gelatin snacks in the nature of edible gels adapted for medical purposes; chemical additives sold as a featured component ingredient of dietetic beverages, namely, smoothies, dairy-based beverages, yogurt-based beverages, fruit beverages, fruit juices, water, and nutritionally fortified beverages adapted for medical purposes; chemical additives sold as a featured component ingredient of dietary, nutritional, and mineral supplements; chemical




Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



additives sold as a featured component ingredient of dietary supplements for pets and livestock; chemical additives sold as a featured component ingredient of preparations of vitamins; chemical additives sold as a featured component ingredient of dietary supplements for humans; chemical additives sold as a featured component ingredient of dietary supplements for veterinary use; chemical additives sold as a featured component ingredient of liquid dietary and nutritional supplements; chemical additives sold as a featured component ingredient of chocolate based meal replacement drinks for weight loss purposes; chemical additives sold as a featured component ingredient of dietary supplement drink mixes; chemical additives as component ingredients of nutritional supplement meal replacement bars for boosting energy; chemical additives sold as a featured component ingredient of nutritional supplement energy bars; chemical additives sold as a featured component ingredient of powdered nutritional, dietary and mineral supplement drink mix; chemical additives sold as a featured component ingredient of food for babies; diagnostic preparations for medical purposes; diagnostic kits for medical purposes comprised of test strips for blood analysis; medicated cosmetics; medicated skin care preparations

CLASS 29: Milk-based products, namely, yogurt, yogurt-based beverages, cottage cheese; plain or flavored milk beverages with high milk content; milk beverages containing fruit; fermented plain or flavored milk; broths; unflavored and unsweetened gelatin mixes; and thickened milk; dairy-based and fruit-based food beverages containing fortified nutrients; chemical additives sold as a featured component ingredient of yogurt, yogurt-based beverages, cottage cheese, plain or flavored milk beverages with high milk content, milk beverages containing fruit, fermented plain or flavored milk, broths, unflavored and unsweetened gelatin mixes, milk shake mixes, and dairy-based and fruit-based food beverages containing fortified nutrients; milk shake mixes

CLASS 30: Cocoa; bread; chocolate; cocoa-based beverages; chocolate-based beverages; puffed rice; breakfast cereals; biscuits; wafers; waffles; cakes; pastries; cereal-based snack foods; ready to eat cereal derived food bars; grain-based food bars; bakery goods; flavored and sweetened gelatin desserts; dessert pudding and pudding mixes; cookies; chemical additives sold as a featured component ingredient of bread, cocoa-based beverages, chocolate-based beverages, puffed rice, breakfast cereals, biscuits, wafers, waffles, cakes, pastries, edible ices, ice creams, frozen yogurts, cereal-based snack foods, ready to eat cereal derived food bars, grain-based food bars, bakery goods, flavored and sweetened gelatin desserts, dessert pudding and pudding mixes, cookies, and thickening agents for use in cooking food

CLASS 32: Mineral and aerated waters; fruit drinks and fruit juices; non-alcoholic drinks, namely, smoothies; syrups for making beverages; preparations for making beverages, namely, fruit drinks; still or sparkling water; vegetable juices, vegetable drinks, lemonades; soft drinks, namely, sodas; syrups used in the preparation of soft drinks; isotonic drinks; sports drinks; thirst-quenching beverages, namely, soft drinks in liquid, powder and concentrate form; sports drinks, namely, energy drinks, performance drinks and recovery drinks; sports drinks enhanced with minerals and nutrients; powders and concentrates used in the preparation of sports drinks; energy drinks enhanced with minerals; chemical additives sold as a featured component ingredient of mineral and aerated waters, fruit drinks and fruit juices, non-alcoholic smoothies, syrups for making beverages, preparations for making fruit drinks, still or sparkling water, vegetable juices, vegetable drinks, lemonades, sodas, isotonic drinks, sports drinks, soft drinks in liquid, powder and concentrate form, energy drinks, performance drinks, recovery drinks, sports drinks enhanced with minerals and nutrients, powders and concentrates used in the preparation of sports drinks, energy drinks enhanced with minerals, and syrups used in the preparation of soft drinks

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION

NO. 09416/2019, FILED 07-12-2019, REG. NO. 744958, DATED 03-27-2020, EXPIRES 07-12-2029

SER. NO. 88-570,412, FILED 08-07-2019

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 1-2

# United States of America
## United States Patent and Trademark Office

# MITOPURE

**Reg. No. 7,638,795**
**Registered Jan. 07, 2025**
**Int. Cl.: 41, 44**
**Service Mark**
**Principal Register**

Amazentis SA  (SWITZERLAND CORPORATION)
Parc Scientifique EPFL, PSE-C
Ecublens, SWITZERLAND 1024

CLASS 41: Providing information in the fields of exercise and fitness; providing a website featuring blogs and non-downloadable articles in the fields of health, wellness, medicine, exercise, and fitness; Providing a website featuring blogs and non-downloadable publications in the nature of articles, brochures, white papers, e-books, and electronic magazines in the fields of health, wellness, and medicine related to aging and diseases, disorders, and conditions related to aging, mitochondrial health and mitochondrial diseases, disorders, and conditions, cardiovascular health and cardiovascular diseases, disorders, and conditions, musculoskeletal health and musculoskeletal diseases, disorders, and conditions, neurodegenerative health and neurodegenerative diseases, disorders, and conditions, oncological diseases, metabolic diseases, disorders, and conditions, renal diseases, disorders, and conditions, and ophthalmological diseases, disorders, and conditions; entertainment services, namely, providing online computer games in the fields of health, wellness, medicine, exercise, and fitness; entertainment services, namely, providing online video games in the fields of health, wellness, medicine, exercise, and fitness

CLASS 44: Providing information in the fields of health and wellness; providing medical information; providing health, wellness, and medical information in the fields of aging and diseases, disorders, and conditions related to aging, mitochondrial health and mitochondrial diseases, disorders, and conditions, cardiovascular health and cardiovascular diseases, disorders, and conditions, musculoskeletal health and musculoskeletal diseases, disorders, and conditions, neurodegenerative health and neurodegenerative diseases, disorders, and conditions, oncological diseases, metabolic diseases, disorders, and conditions, renal diseases, disorders, and conditions, and ophthalmological diseases, disorders, and conditions

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 11586/2023, FILED 09-11-2023, REG. NO. 804479, DATED 10-11-2023, EXPIRES 09-11-2033

OWNER OF U.S. REG. NO. 6513775




Acting Director of the United States Patent and Trademark Office



SER. NO. 98-206,211, FILED 10-02-2023

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 1-3

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,303,966**
**Registered Mar. 30, 2021**
**Int. Cl.: 1, 3, 5, 29, 30, 32**
**Trademark**
**Principal Register**

Amazentis SA  (SWITZERLAND CORPORATION)
Parc Scientifique Epfl, Pse-c
Ecublens, SWITZERLAND 1024

CLASS 1: Chemical additives for use in the manufacture of foods, beverages, food and beverage supplements, and dietary, nutritional, and energy supplements; diagnostic preparations, other than for medical or veterinary purposes; diagnostic test kits other than for medical or veterinary purposes comprised of test strips for blood analysis; chemical preparations for scientific purposes, other than for medical or veterinary purposes

CLASS 3: Cosmetics; non-medicated skin care preparations

CLASS 5: Dietetic foods, namely, yogurt, pudding, fruit-based food bars, nut-based food bars, soy-based food bars, grain-based food bars, chocolate-based ready-to-eat food bars, cereal-based food bars, edible gels, chocolate bars, candy, and mints adapted for medical purposes; dietetic beverages, namely, smoothies, dairy-based beverages, yogurt-based beverages, fruit beverages, fruit juices, water, and nutritionally fortified beverages adapted for medical purposes; dietary, nutritional, and mineral supplements; dietary supplements for pets and livestock; preparations of vitamins; nutritional additives for medical purposes for use in foods for human consumption, namely, dietary supplements for humans; dietary supplements for human consumption; nutritional additives for medical purposes for use in foods for veterinary use, namely, dietary supplements for animals; dietary supplements for veterinary use; liquid dietary and nutritional supplements; chocolate-based meal replacement drinks adapted for medical use, namely, for weight loss purposes; dietary supplement drink mixes; Nutritional supplement meal replacement bars for boosting energy; nutritional supplement energy bars; powdered nutritional, dietary and mineral supplement drink mix; dietary supplement drink mixes; food for babies; chemical additives sold as a featured component ingredient of dietetic foods, namely, yogurt, pudding, fruit-based food bars, nut-based food bars, soy-based food bars, grain-based food bars, chocolate-based ready-to-eat food bars, cereal- based food bars, edible gels, chocolate bars, candy, and mints adapted for medical purposes; chemical additives sold as a featured component ingredient of dietetic beverages, namely, smoothies, dairy-based beverages, yogurt-based beverages, fruit beverages, fruit juices, water, and nutritionally fortified beverages adapted for medical purposes; chemical additives sold as a featured component ingredient of dietary, nutritional, and mineral supplements; chemical additives sold as a featured component ingredient of dietary supplements for pets and livestock; chemical



*Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office*



additives sold as a featured component ingredient of preparations of vitamins; chemical additives sold as a featured component ingredient of nutritional additives for medical purposes for use in foods for human consumption, namely, dietary supplements for humans; chemical additives sold as a featured component ingredient of dietary supplements for human consumption; chemical additives sold as a featured component ingredient of nutritional additives for medical purposes for use in foods for veterinary use, namely, dietary supplements for animals; chemical additives sold as a featured component ingredient of dietary supplements for veterinary use; chemical additives sold as a featured component ingredient of liquid dietary and nutritional supplements; chemical additives sold as a featured component ingredient of chocolate based meal replacement drinks adapted for medical use, namely, for weight loss purposes; chemical additives sold as a featured component ingredient of dietary supplement drink mixes; chemical additives sold as a featured component ingredient of nutritional supplement meal replacement bars for boosting energy; chemical additives sold as a featured component ingredient of nutritional supplement energy bars; chemical additives sold as a featured component ingredient of powdered nutritional, dietary and mineral supplement drink mix; chemical additives sold as a featured component ingredient of dietary supplement drink mixes; chemical additives sold as a featured component ingredient of food for babies; diagnostic preparations for medical purposes; diagnostic test kits for medical purposes comprised of medical diagnostic test strips for blood analysis; medicated cosmetics; medicated skin care preparations

CLASS 29: Jellies; jams, compotes; eggs, milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats; milk, milk powder, gelled, flavored and whipped milk; milk-based products, namely, yogurt, yogurt-based beverages, cottage cheese; plain or flavored milk beverages with high milk content; milk beverages containing fruit; fermented plain or flavored milk; broths; unflavored and unsweetened gelatin mixes; thickened milk; dairy-based and fruit-based food beverages containing fortified nutrients; chemical additives sold as a featured component ingredient of jellies, jams, compotes, eggs, milk products excluding ice cream, ice milk and frozen yogurt, edible oils and fats, milk, milk powder, flavored and whipped milk, yogurt, yogurt-based beverages, cottage cheese, plain or flavored milk beverages with high milk content, milk beverages containing fruit, fermented plain or flavored milk, broths, unflavored and unsweetened gelatin mixes, dairy-based and fruit-based food beverages containing fortified nutrients, and milk shake mixes; milk shake mixes

CLASS 30: Coffee, tea, cocoa, sugar, rice, tapioca, sago, artificial coffee; flour; bread, pastry; confectionery made of sugar, edible ices; honey, sauces; spices; ice; chocolate, cocoa-based beverages, chocolate-based beverages, puffed rice, breakfast cereals, biscuits, wafers, waffles, cakes, pastries; edible ices, edible ices essentially made of yogurt, ice creams, water ices, frozen yogurts, flavored ices; cereal-based snack foods; ready to eat cereal derived food bars; grain-based food bars; bakery goods; flavored and sweetened gelatin desserts; dessert pudding and pudding mixes; cookies; thickening agents for use in cooking food and beverages; chemical additives sold as a featured component ingredient of coffee, tea, cocoa, sugar, rice, tapioca, sago, artificial coffee, flour, bread, confectionery made of sugar, honey, sauces, spices, chocolate, cocoa-based beverages, chocolate-based beverages, puffed rice, breakfast cereals, biscuits, wafers, waffles, cakes, pastries, edible ices, ice creams, frozen yogurts, cereal-based snack foods, ready to eat cereal derived food bars, grain-based food bars, bakery goods, flavored and sweetened gelatin desserts, dessert pudding and pudding mixes, cookies, and thickening agents for use in cooking food and beverages

CLASS 32: Mineral and aerated waters; fruit drinks and fruit juices; non-alcoholic drinks, namely, smoothies; syrups for making beverages; preparations for making beverages, namely, fruit drinks; still or sparkling water; vegetable juices, vegetable drinks, lemonades; soft drinks, namely, sodas; syrups used in the preparation of soft drinks; isotonic drinks; sports drinks; thirst-quenching beverages, namely, soft drinks in liquid, powder and concentrate form; sports drinks, namely, energy drinks, performance drinks and recovery drinks; sports drinks enhanced with minerals and nutrients; powders

and concentrates used in the preparation of sports drinks; energy drinks enhanced with minerals; chemical additives sold as a featured component ingredient of mineral and aerated waters, fruit drinks and fruit juices, non-alcoholic smoothies, syrups for making beverages, preparations for making fruit drinks, still or sparkling water, vegetable juices, vegetable drinks, lemonades, sodas, isotonic drinks, sports drinks, soft drinks in liquid, powder and concentrate form, energy drinks, performance drinks, recovery drinks, sports drinks enhanced with minerals and nutrients, powders and concentrates used in the preparation of sports drinks, energy drinks enhanced with minerals, and syrups used in the preparation of soft drinks

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 12475/2019, FILED 09-23-2019, REG. NO. 746885, DATED 05-13-2020, EXPIRES 09-23-2029

The mark consists of the wording "mitopure" in stylized lowercase lettering, with the "op" shaped like a partial infinity symbol. The wording is contained in a solid oval.

SER. NO. 88-753,900, FILED 01-10-2020

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.