AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Amazentis SA and Timeline Longevity, Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-12913-MJJ |
| The Partnerships and Unincoporated Associations, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Amazentis SA and Timeline Longevity, Inc.                                        .

Date:     10/27/2025

/s/Jeffrey I.D. Lewis
*Attorney's signature*

Jeffrey I.D. Lewis (Bar No. 2100808)
*Printed name and bar number*

Foley Hoag LLP
1301 Avenue of the Americas, 25th Floor
New York, NY  10019

*Address*

jidlewis@foleyhoag.com
*E-mail address*

(212) 812-0400
*Telephone number*

(212) 812-0399
*FAX number*